UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ADAMS,<br><br>        Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>        Defendant | CIVIL ACTION NO. 1:15-CV-00708<br><br>(MEHALCHICK, M.J.) |

**ORDER**

**AND NOW**, this 15th day of August, 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security;

2. Mr. Adams's request for relief shall be **DENIED**; and,

3. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**